IN THE UNITED STATED DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| **GLENN SHOEMAKER,** *on behalf of himself and all others similarly situated,* | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) Case No. 2:22-cv-04089-MDH ) |
| **MENARD, INC., DISSTON COMPANY, and GINO DEVELOPMENT, INC.,** | ) ) ) |
| **Defendants.** | ) ) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is the parties' Joint Stipulation of Dismissal (Doc. 64) wherein the parties, by and through their counsel, stipulate to the dismissal of this action pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii).

WHEREFORE, the Court **GRANTS** the parties' Joint Stipulation of Dismissal (Doc. 64), and hereby dismisses this case in its entirety without prejudice.

**IT IS SO ORDERED.**

DATED: March 7, 2024

                                                    */s/ Douglas Harpool*
                                                  **DOUGLAS HARPOOL**
                                                  **UNITED STATES DISTRICT JUDGE**